```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                        CR. NO. S-07-165 LKK
13   JESUS FERNANDO VEGA,
     LUIS MANUEL SANCHEZ-ACEVES,
14   and CRISTOBAL L. NAVARRO,
15          Defendants.
                                    /
16   UNITED STATES OF AMERICA,
17          Plaintiff,
18             v.                        CR. NO. S-07-170 LKK
19   RITO BELTRAN-LEON,
     RENE BELTRAN-LEON, and
20   JUAN CAMACHO,
                                         RELATED CASE ORDER
21          Defendants.
                                    /
22   UNITED STATES OF AMERICA,
23          Plaintiff,
24             v.                        CR. NO. S-07-189 LKK
25   JOSE MARIA MEZA PORTILLO,
26          Defendant.
                                    /
```

1  UNITED STATES OF AMERICA,
2           Plaintiff,
3              v.                         CR. NO. S-07-289 MCE
4  EDI CAMACHO, aka "Pariente,"
   MISAEL CAMACHO, aka "Primo,"
5  JUAN CAMACHO, aka "Bocho,"
6           Defendants.
                                        /
7
8       Examination of the above-entitled criminal actions reveals
9  that the actions are related within the meaning of Local Rule 83-
10 123, E.D. Cal. (1997).  For the reasons set forth in the
11 government's Notice of Related Cases, the assignment of the matters
12 to the same judge is likely to effect a substantial savings of
13 judicial effort and is also likely to be convenient for the
14 parties.
15      The parties should be aware that relating the cases under
16 Local Rules 83-123 merely has the result that the actions are
17 assigned to the same judge; no consolidation of the actions is
18 effected.  Under the regular practice of this court, related cases
19 are generally assigned to the judge to whom the first filed action
20 was assigned.
21      IT IS THEREFORE ORDERED that the action denominated CR. NO.
22 S-07-289 MCE be, and the same hereby is, reassigned to Judge
23 Lawrence K. Karlton for all further proceedings.  Henceforth the
24 caption on all documents filed in the reassigned case shall be
25 shown as CR. NO. S-07-289 LKK.
26      IT IS FURTHER ORDERED that the Clerk of the Court make

appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: July 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT