McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
CAROLYN K. DELANEY
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | CR NO. S-07-289 LKK |
|             Plaintiff,            ) | |
|                                   ) | |
|        v.                         ) | ORDER RE STATUS CONFERENCE |
|                                   ) | |
| EDI CAMACHO, et. al.,             ) | |
|                                   ) | |
|             Defendants.           ) | |
| _____) | |

On July 31, 2007, at 9:30 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorneys Carolyn K. Delaney and Samuel Wong. Defendant Edi Camacho appeared with his counsel James Greiner; defendant Misael Camacho appeared with his attorney Dwight Samuel; and defendant Juan Camacho appeared with his attorney Gil Roque. All defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on September 25, 2007, and that time should be excluded until that date based on the need for all defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local code T2).

1

1      Accordingly, the Court entered the following orders:

2      For good cause shown, IT IS HEREBY ORDERED THAT:

3      1.   The case is scheduled for a further status conference on

4 September 25, 2007.

5      2.   The time between July 31, 2007 and September 25, 2007 is

6 excluded under the Speedy Trial Act pursuant to Local Code T4,

7 Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give

8 the defendants time to review the discovery and to adequately

9 prepare; and Local Code T2, Title 18, United States Code, Section

10 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is

11 complex and that a continuance is necessary to give the defendants

12 reasonable time to prepare for trial in this matter.  The Court

13 finds that the ends of justice served by granting a continuance

14 outweigh the best interest of the public and defendants in a

15 speedy trial.

18 DATE: August 7, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2