McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
SAMUEL WONG
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )        CR NO. S-07-289 LKK
              Plaintiff,       )
                               )
        v.                     )        ORDER RE STATUS CONFERENCE
                               )
EDI CAMACHO, et. al.,          )
                               )
              Defendants.      )
_____)

     On April 8, 2008, at 9:30 a.m., this matter came on for a
status conference.  The United States appeared through Assistant
United States Attorney Carolyn K. Delaney.  Defendant Edi Camacho
appeared with his counsel James Greiner; defendant Misael Camacho
appeared with his attorney Dwight Samuel; defendant Juan Camacho
appeared with his attorney Gil Roque; and defendant Luis Humberto
Lopez-Avilez appeared with attorney John Balazs, specially
appearing for attorney Mark Reichel.  All defendants were assisted
by a Spanish interpreter.

     The government and the defendants agreed that a further
status conference should be scheduled on July 8, 2008, and that
time should be excluded until that date based on the need for all
defense counsel to review the voluminous discovery and prepare

                                  1

(local code T4) and because of the complexity of the case (local code T2).

   Accordingly, the Court entered the following orders:

   For good cause shown, IT IS HEREBY ORDERED THAT:

   1.   The case is scheduled for a further status conference on July 8, 2008.

   2.   The time between April 8, 2008 and July 8, 2008 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to review the discovery and to adequately prepare; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii).  The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: April 16, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT